**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Larry Lane Roy
Brown Sims
600 Jefferson St., Suite 800
Lafayette LA 70501

**REHEARING ACTION: December 29, 2016**

**Docket Number: 16   00169-CA**

**PAT COOPER**
**VERSUS**
**LAFAYETTE PARISH SCHOOL BOARD**

**Appealed from Lafayette Parish Case No. C-20145941**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Jimmie C. Peters**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Pat Cooper** has this day been

    **GRANTED**
    Peters, J., would deny the rehearing.

    **This case has been set for oral argument on January 25, 2017 @ 11:00 a.m.**

cc: Shelton Dennis Blunt, Counsel for the Appellee